# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANNA HURWITZ,<br><br>    Plaintiff,<br><br>v.<br><br>RHEEM MANUFACTURING COMPANY,<br><br>    Defendant. | Case No. 1:17-cv-03322-AT |

## ORDER APPROVING
## SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*, as set forth in the Settlement Agreement, are fair and

reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3.  This cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

**SO ORDERED**, this 28th day of November, 2017.

_____
The Honorable Amy Totenberg
United States District Court Judge
Northern District of Georgia
Atlanta Division